**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-2119**

—————————

MORRIS B. CAMPBELL,

             Plaintiff - Appellant,

      v.

COMMERCIAL EQUIPMENT INC; DWIGHT ALFORD; BLAKE ALFORD; RAY
CREECH,

             Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   William A. Webb,
Magistrate Judge.  (5:10-cv-00313-WW)

—————————

Submitted:  March 20, 2012          Decided:  March 29, 2012

—————————

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Morris B. Campbell, Appellant Pro Se.   Sandra W. Mitterling,
RAGSDALE & LIGGETT, PLLC, Raleigh, North Carolina, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris B. Campbell appeals the district court's order dismissing this action alleging employment discrimination for failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. Commercial Equipment Inc., No. 5:10-cv-00313-WW (E.D.N.C. Sept. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED